Bradlee R. Frazer, ISB No. 3857
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208-954-5261
Email: bfrazer@hawleytroxell.com

Attorneys for Plaintiff The Good Life, LLC dba Parker Baby Co.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE GOOD LIFE, LLC DBA PARKER BABY CO.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BELINDA BARKER,<br><br>　　　　Defendant. | COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>JURY DEMAND |

Plaintiff THE GOOD LIFE, LLC DBA PARKER BABY CO. ("Parker Baby" or "Plaintiff"), by and through its undersigned attorneys, complains of Defendant Belinda Barker ("Defendant"), and alleges as follows:

**NATURE OF ACTION, JURISDICTION AND VENUE**

1. Upon information and belief, this is an action arising out of Defendant's infringement by unlawful copy and use of Plaintiff's product images, set forth in **Exhibit A**

COMPLAINT FOR COPYRIGHT INFRINGEMENT - 1

("Infringed Product Images"). This action arises under the Copyright Act of 1976, as amended, 17 U.S.C. §§ 101, *et seq*.

2. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

3. Upon information and belief, this Court has personal jurisdiction over the Defendant due to the Defendant purposefully directing her activities complained herein toward Idaho.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1400.

## FACTUAL ALLEGATIONS

5. Plaintiff is a Colorado limited liability company engaged in the business of online retail store services, selling namely diaper backpacks, diaper caddies, bibs, baby hair accessories, baby headbands, multi-use covers, and washcloths. Plaintiff sells its products on, *inter alia,* Amazon.com.

6. The Infringed Product Images are copyrightable subject matter. Plaintiff owns these copyrights. Plaintiff filed a United States copyright registration application for the Infringed Product Images.

7. On information and belief, Defendant reproduced and publicly displayed the Infringed Product Images on her Amazon Listing - https://www.amazon.com/Simply-Designer-Backpack-Insulated-Stroller/dp/B079SD5YZ9/ref=sr_1_3_a_it?ie=UTF8&qid=1530116789&sr=8-3&keywords=birch+bag.

COMPLAINT FOR COPYRIGHT INFRINGEMENT - 2

8. On information and belief, Defendant utilized product descriptions, which were similar and/or identical to Plaintiff's product descriptions, in correlation with the Infringed Product Images, set forth in **Exhibit B**.

9. Plaintiff submitted a DMCA takedown notice to Amazon's designated agent, demanding expeditious removal of the Infringed Product Images. Amazon responded by removing the Infringed Product Images; however, Defendant subsequently filed a DMCA Counternotification Regarding Removed Listing on July 6, 2018 (hereafter referred to as "the Counter Notice") (attached hereto as **Exhibit C**), necessitating the instant action to prevent Amazon's restoring the Infringed Product Images to Defendant's Amazon Listing, https://www.amazon.com/Simply-Designer-Backpack-Insulated-Stroller/dp/B079SD5YZ9/ref=sr_1_3_a_it?ie=UTF8&qid=1530116789&sr=8-3&keywords=birch+bag. A copy of the Counter Notice was provided to Plaintiff on July 11, 2018.

## COUNT I: COPYRIGHT INFRINGEMENT

10. Plaintiff repeats and incorporates herein the allegations set forth above as if set forth in full herein.

11. Since their introduction, Plaintiff's products have achieved tremendous success and acceptance in the United States and throughout the world.

12. Plaintiff has spent extensive amounts of money and years of creative effort to advertise its product lines.

13. The Defendant's conduct in reproducing and publicly displaying the Infringed Product Images without Plaintiff's permission constitutes infringement of Plaintiff's copyrights under 17 U.S.C.A. § 106.

14. The Defendant's actions herein are a willful infringement of Plaintiff's exclusive copyrights in the Infringed Product Images.

15. By reason of Defendant's acts of willful copyright infringement, Plaintiff has suffered and will continue to suffer irreparable injury that cannot be adequately remedied at law.

16. By reason of Defendant's acts of willful copyright infringement, Plaintiff has suffered financial damages in an amount to be proven at trial.

17. Because of Defendant's acts of willful copyright infringement, Plaintiff requests an award of its attorneys' fees pursuant to 17 U.S.C.A. § 505.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury on any issue so triable.

WHEREFORE, Plaintiff prays for judgment as follows:

1. Enjoining Defendant, her agents, servants and employees, and those persons in active concert or participation with her, from infringing, or contributorily or vicariously infringing, Plaintiff's copyrights in the Infringed Product Images in any manner, directly or indirectly;

2. Enjoining Defendant, her agents, servants and employees, and those persons in active concert or participation with her, from creating derivative works of the Infringed Product

Images and from reproducing, distributing or publicly displaying any versions, revisions or modifications of the Infringed Product Images or any derivative works based thereon;

3. Ordering Defendant to account for all gains, profits and advantage derived from her infringement of Plaintiff's copyrights;

4. Entering judgment in favor of Plaintiff and against Defendant in an amount equal to the damages sustained by Plaintiff and the profits earned by Defendant from the infringements alleged herein, pursuant to 17 U.S.C.A. § 504(b);

5. Entering judgment in favor of Plaintiff and against Defendant for statutory damages, pursuant to 17 U.S.C.A. § 504(c);

6. Entering judgment in favor of Plaintiff and against Defendant ordering the impounding and destruction of all infringing products, or any version, revision or modification thereof, or any derivative works based thereon;

7. Entering judgment in favor of Plaintiff and against Defendant for Plaintiff's incurred attorneys' fees and recoverable costs; and

8. Ordering such other relief as is just and equitable in the circumstances.

DATED THIS ____ day of July, 2018.

          HAWLEY TROXELL ENNIS & HAWLEY LLP

          By /s/ Bradlee R. Frazer
            Bradlee R. Frazer, ISB No. 3857
            Attorneys for Plaintiff The Good Life, LLC dba Parker Baby Co.

# EXHIBIT A

## INFRINGED PRODUCT IMAGES



COMPLAINT FOR COPYRIGHT INFRINGEMENT - 6

55952.0001.11234746.1






COMPLAINT FOR COPYRIGHT INFRINGEMENT - 7

# EXHIBIT B

# IDENTICAL OR SIMILARLY USED PRODUCT DESCRIPTIONS BY DEFENDANT IN CORRELATION WITH THE INFRINGED PRODUCT IMAGES

| Content | Parker Baby Co. | Simply B |
|---|---|---|
| Originally Produced by: | Sam Huebner, Owner | |
| First used in commerce: | 10/05/2017 | 05/16/2018 |
| Bullet Point | PROFESSIONALLY DESIGNED IN THE USA - Your diaper bag can be stylish AND practical. Our designer diaper bag backpack includes all the functionality of a diaper bag without sacrificing style. The bag features high quality, durable materials including waterproof canvas with vegan leather accents on the outside, and water resistant polyester on the inside. Our unisex color scheme is designed for both men and women. | PROFESSIONALLY DESIGNED- Simply B designer diaper bag backpack includes all the functionality of a diaper bag without sacrificing style. The bag features high quality, durable materials including waterproof canvas with vegan leather accents on the outside, and water resistant polyester on the inside. |
| Bullet Point | STROLLER STRAPS AND OVERSIZED CHANGING PAD INCLUDED - Don't pay extra for essential diaper bag accessories. We've included strong stroller straps and a wipe-clean waterproof changing pad with our diaper backpack. | STROLLER STRAPS AND OVERSIZED CHANGING PAD INCLUDED - Don't pay extra for essential diaper bag accessories. We've included strong stroller straps and a wipe-clean waterproof changing pad with our diaper backpack. |
| Bullet Point | LARGE CAPACITY WITH ORGANIZATION FEATURES – The Parker Baby Co. (formerly known as The Good Baby) Diaper Backpack is big enough to hold all that baby stuff: baby toys, baby diapers, baby clothes, baby wipes, bibs, onesies, baby toys, cloth diapers, changing pads, medicine, formula, burp cloths and more! | LARGE CAPACITY WITH ORGANIZATION FEATURES – Simply B Baby Diaper Backpack is big enough to hold all that baby stuff: baby toys, baby diapers, baby clothes, baby wipes, bibs, onesies, baby toys, cloth diapers, changing pads, medicine, formula, burp cloths and more! |
| Bullet Point | THOUGHTFUL BABY SHOWER IDEA - Our trendy, luxury diaper backpack is a practical gift and should be on every baby registry. It makes for a great baby gift! | THOUGHTFUL BABY SHOWER IDEA - Simply B trendy, luxury diaper backpack is a practical gift and should be on every baby registry. It makes for a great baby gift! |

## EXHIBIT C

## COUNTER NOTIFICATION REGARDING REMOVED LISTING

Date: July 6, 2018

Amazon
Customer Service
P.O. Box 81226
Seattle, Washington 98108-1226

To Whom It May Concern,

I am writing to you to avail myself of my rights under the Digital Millennium Copyright Act (DMCA). You recently provided me with a copy of Notice of Infringement Sam Huebner. This letter is a Counter-Notification as authorized in § 512(g) of the U.S. Copyright Law. I therefore request that the material be replaced and/or no longer disabled.

The material in question is not copyrighted, or the copyright has expired in the United States of America. It is therefore in the public domain and may be reproduced.

The complainant has provided no copyright registration information or other tangible evidence that the material in question is in fact copyrighted, and I have good faith belief that it is not. The allegation of copyright violation is therefore in dispute, and at present unsupported.

The complainant does not hold the copyright to the material in question, is not the designated representative of the copyright holder, and therefore lacks standing to asset that my use of the material is a violation of any of the owner's rights.

My use of the material is legally protected because it falls within the fair use provision of the copyright regulations, as described in 17 USC 107. If the complainant disagrees that this is fair use, they must work directly with me, through legally visible channels, to resolve the dispute.

1. The material in question formerly appeared at the website address:
   amazon.com,  Customer Service P.O.,Box 81226, Seattle, Washington-98108-1226
   ASIN: B079SD5YZ9
   Complaint ID:5179147951

COMPLAINT FOR COPYRIGHT INFRINGEMENT - 10

2. My contact information is as follows:
Belinda Barker
323 Upper TyTy Rd
Tifton, Ga 31793
belinda439@gmail.com

Complainant :
Sam Huebner
11417 Clove Way
Parker, CO 80134
Sam@thegoodlifeltd.com

3. I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (solely for the purposes of the resolution of this dispute), and I agree to accept service of process from the person who provided the Notice of Infringement.

4. I have a good faith belief that the material removed or disabled following the complaint of copyright violation was removed or disabled because of mistaken information or misidentification of the material in question, or deliberate misreading of the law.

I declare under the perjury laws of the United States of America that this notification is true and correct.


*Belinda Barker*
Belinda Barker




Simply B Designer Canvas Baby Diaper Bag Mummy Backpack with Insulated Pockets Stroller Straps and Changing Pad.







COMPLAINT FOR COPYRIGHT INFRINGEMENT - 12

55952.0001.11234746.1







COMPLAINT FOR COPYRIGHT INFRINGEMENT - 13

55952.0001.11234746.1

## Shenzhen Yu Fu Hua Handbag Products Co., Ltd.

E-mail: emily@szycw918.com   Skype:emilyluo1989 /   Trademanager:ycwfactorybag /   QQ: 3002630766/
Tel: 0755-89619918   MP: 13632813896   Fax.:0086-75589619918   Web.: http://www.ycwfactorybag.en.alibaba.com
Add:No. 3, Shexia Industrial Area, Zhangbei Road, Longgang District, Shenzhen

### PROFORMA INVOICE

| MESSRS: Barker Enterprise | | | | DATE: Feb. 13th, 2018 | | | |
|---|---|---|---|---|---|---|---|
| Add:323 Upper TyTy Rd, Tifton, Georgia 31793 | | | | P/I NO.:YCW20180213 | | | |
| BUYER Email: belinda439@gmail.com | | | | VENDER Email:emily@szycw918.com | | | |
| BUYER TEL:1-229-392-6775 | | | | VENDER TEL: 0086-755-89619918 | | | |
| BUYER FAX: | | | | VENDER FAX:0086-755-89619918 | | | |
| ATTN:Mrs. Belinda Barker | | | | ATTN: Emily | | | |
| VESSEL/FLT NO | | DESPATCH ON/ABOUT | | PAYMENT TERM | | | |
| TO BE ADVISED | | 30 days after receipt of deposit | | 30% T/T before production,balance before shipment | | | |
| ITEM NO. | SIZE | DESCRIPTION | | QTY (pcs) | Packing details | EXW Unit Price US$/pcs | AMOUNT (US$) |
| | | Picture | Details | | | | |
| YCW-M06 | 10.5x7x13.5 inches | | Diaper Backpack with gray color changing pad material: waterproof canvas+snowflake+pu color:as picture Logo printing with UPC code on the package size:16.5x7x13.5inch | 300 | 1pcs per opp bag,10pcs per carton | US$15.300 | US$4,590.00 |
| | | shipping cost DDP to Amazon warehouse by air | | | | | US$2,780.00 |
| | | 30% Deposit | | | | | US$2,211.00 |
| | | 70% Balance | | | | | US$5,159.00 |
| | | TOTAL | | | | | US$7,370.00 |

1.Bank account,You can choose one of them to make payment.

| 1)TT: USD account: |
|---|
| Beneficiary Name: HONGKONG CHARMING LUGGAGE CO.,LTD |
| Beneficiary Account No.: 078 489 358 838 |
| Beneficiary Bank Name: HSBC Hong Kong |
| Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong |
| SWIFT Code: HSBCHKHHHKH |
| 2)West Union account: |
| First Name:SHAOFU |
| Last Name: ZHANG |
| Country: China   Province: Guangdong   City: Shenzhen   Zip code: 518000 * |
| 3)Paypal account: |
| ben@szycw918.com |

2.Mass production will be finished within 30 working days after we received the payment .

Authorized Signature:Emily

Authorized Signature:Emily

COMPLAINT FOR COPYRIGHT INFRINGEMENT - 14

55952.0001.11234746.1